William D. Hyslop
United States Attorney
Eastern District of Washington
Patrick J Cashman
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 19 2019

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

MIGUEL NAVARRETE (a/k/a "Cholo"),
OSCAR TREVINO (a/k/a "Grinch"),
ROLANDO VARGAS (a/k/a "Chato"),
JUANITA RAMIREZ, and
KARLEIGH BYBEE,

        Defendants.

1:19-CR-2058-SMJ

INDICTMENT

18 U.S.C. §§ 2119, 2
Carjacking (Count 1)

18 U.S.C. § 4
Misprision of Felony
(Count 2)

The Grand Jury charges:

## COUNT 1

On or about July 31, 2019, in the Eastern District of Washington, the Defendants, MIGUEL NAVARRETE (a/k/a "Cholo"), OSCAR TREVINO (a/k/a "Grinch"), ROLANDO VARGAS (a/k/a "Chato"), and JUANITA RAMIREZ, took a motor vehicle, to wit: a 2001 Mazda Tribute, which had been transported, shipped, and received in interstate and foreign commerce, from J.I.G. by force, violence, and intimidation, with the intent to cause death and serious bodily harm, in violation of 18 U.S.C. §§ 2119, 2.

INDICTMENT - 1

## COUNT 2

On or about August 2, 2019, in the Eastern District of Washington, the Defendant, KARLEIGH BYBEE, having knowledge of the actual commission of a felony cognizable by a court of the United States, to wit: carjacking, did conceal the same by making a false statement to law enforcement, and did not as soon as possible make known the same to some judge or other person in civil or military authority under the United States, in violation of 18 U.S.C. § 4.

Dated: November 19, 2019.

A TRUE BILL

Foreperson

William D. Hyslop
United States Attorney

Patrick J. Cashman
Assistant United States Attorney

INDICTMENT - 2