PROB 12C
(6/16)

Report Date: July 17, 2026

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 20, 2026

SEAN F. MCAVOY, CLERK

ECF No. 405

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Oscar Trevino

Case Number: 0980 1:19CR02058-SAB-2

Address of Offender: [redacted] Terrace Heights, Washington 98901

Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: August 23, 2022

Original Offense: Carjacking, 18 U.S.C. §§ 2119, 2

Original Sentence: Prison - 84 months
TSR - 36 months

Type of Supervision: Supervised Release

Amended Sentence: (06/05/2025) Prison - 62 months
TSR - 36 months

Asst. U.S. Attorney: Ian Lloyd Garriques

Date Supervision Commenced: September 30, 2025

Defense Attorney: Nick Mirr

Date Supervision Expires: September 29, 2028

---

### PETITIONING THE COURT

To issue a warrant.

On October 2, 2025, Mr. Trevino reviewed and signed his judgment and sentence acknowledging his understanding of his supervised release conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 4**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider. |

**Supporting Evidence**: Mr. Trevino is considered to be in violation of his supervise release conditions by failing to enter and complete an approved substance abuse treatment program since on or about July 16, 2026.

On June 23, 2026, Mr. Trevino reported to this officer that he had an appointment to obtain his substance abuse evaluation at Barth Clinic on June 30, 2026.

On June 25, 2026, this officer met with Mr. Trevino at his home and instructed him to follow through with obtaining his evaluation on June 30, 2026.

On July 1, 2026, Mr. Trevino reported to this officer that he had completed his evaluation and had his follow up appointment at Barth Clinic on July 2, 2026.

On July 2, 2026, Mr. Trevino reported to this officer via text message that he was at Barth Clinic for his appointment. This officer instructed Mr. Trevino to ensure he signed a release of information to verify his treatment status. Mr. Trevino was provided a business card with all necessary information for release of information.

On July 16, 2026, this officer contacted Barth Clinic and they could not confirm or deny that Mr. Trevino was a patient at their agency. Mr. Trevino failed to sign a release of information at Barth Clinic and this officer is unable to verify his treatment status if any. At the time of this petition, Mr. Trevino has failed to provide proof that he has completed a substance abuse evaluation as required.

2 **Special Condition # 5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Trevino is considered to be in violation of his supervise release conditions by consuming a controlled substance, methamphetamine, on or about June 7, 2026.

On June 9, 2026, Mr. Trevino was instructed to report to the probation office and submit to random urinalysis (UA) testing. Mr. Trevino reported to the probation office and submitted to UA testing. The specimen provided was tested and the results were presumptive positive for methamphetamine. Mr. Trevino denied consuming methamphetamine. The specimen was sent to Alere Laboratory (Alere) for confirmation testing.

On June 12, 2026, this officer spoke with Mr. Trevino and discussed his drug use. Mr. Trevino admitted to having consumed methamphetamine on June 7, 2026.

On June 18, 2026, the UA test results from Alere were received and confirmed the specimen provided by Mr. Trevino was positive for methamphetamine.

3 **Special Condition # 5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Trevino is considered to be in violation of his supervise release conditions by consuming a controlled substance, methamphetamine, on or about July 14, 2026.

On July 15, 2026, Mr. Trevino was instructed to report to the probation office and submit to random UA testing. Mr. Trevino stated that he could not report and would do so the following day.

On July 16, 2026, Mr. Trevino reported to the probation office and submitted to UA testing. The specimen provided was tested and the results were presumptive positive for methamphetamine. Mr. Trevino admitted to having consumed methemaphetmaine and alcohol on or about July 14, 2026. The specimen was sent to Alere for confirmation testing. As of the date of this petition, the confirmation testing results have not been received.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 17, 2026

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Stan Bastian

Signature of Judicial Officer

7/20/2026

Date