PROB 12C
(6/16)

Report Date: October 28, 2026

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
Oct 28, 2026
SEAN F. MCAVOY, CLERK
ECF No. 429

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Oscar Trevino — Case Number: 0980 1:19CR02058-SAB-2

Address of Offender: [redacted] Yakima, Washington 98901

Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: August 23, 2022

| | | |
|---|---|---|
| Original Offense: | Carjacking, 18 U.S.C. § 2119, 2 | |
| Original Sentence: | Prison - 84 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(September 11, 2026) | Prison - 56 days<br>TSR - 34 months | |
| Asst. U.S. Attorney: | Courtney Pratten | Date Supervision Commenced: September 15, 2026 |
| Defense Attorney: | Nick Mirr | Date Supervision Expires: July 14, 2029 |

---

### PETITIONING THE COURT

To issue a warrant.

On October 21, 2026, Mr. Trevino reviewed and signed his judgment and sentence acknowledging his understanding of his supervised release conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 3**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.<br><br>**Supporting Evidence**: On October 15, 2026, the defendant was terminated from inpatient treatment at American Behavioral Health Systems (ABHS) in Spokane, Washington, for drug use and causing dissent in the community. |

2 **<u>Special Condition # 4</u>**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**<u>Supporting Evidence</u>**: On October 21, 2026, the defendant verbally admitted to the probation officer to using a controlled substance, methamphetamine, on October 5 and 19, 2026.

3 **<u>Standard Condition #2</u>**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation office, and you must report to the probation officer as instructed.

**<u>Supporting Evidence</u>**: On October 21, 2026, the probation officer instructed the defendant to report to the U.S. Probation Office on October 23 and 26, 2026, for urinalysis testing. He failed to report as directed.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: October 28, 2026

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Stan Bastian
Signature of Judicial Officer

10/28/2026
Date